■ In the Matter of JANET GAYLORD v. ROBERT E. HERMAN, as State Rent Administrator, and PARK SOUTH BUILDING CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL ERCEG. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR.— [In each action.] Enlargement of time granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ (A) CHARLES LOGAN v. BONAS BROS. WEAVEMATIC LOOMS (ENGLAND) LTD., et al. (B) JOHN K. SILBERMAN et al., v. BONAS BROTHERS WEAVEMATIC LOOMS (ENGLAND) LTD., et al. (C) JACOB RAPOPORT v. ALLENHURST GARDENS, INC.— [In each action.] Motion to dismiss appeal denied, with $10 costs. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) In the Matter of the Arbitration between CATHERINE H. CARPENTER and PIERCE T. WETTER.— Motion to dismiss appeal granted, with $10 costs. (B) JOJULE REALTY CORPORATION v. CARL F. STRAUSS et al. (Two actions.) (C) LAURA BRETTON v. ISRAEL FLIEGELMAN. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MCMAHON v. HILDA GRANT and DORIS ROESCH.— [In each action.] Motion to dismiss appeal granted, with $10 costs. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1961

## (February 1, 1961)

■ SAMUEL BRECHNER et al., Appellants, v. INCORPORATED VILLAGE OF LAKE SUCCESS et al., Respondents.— Motion by respondent Gilman and motion by the other respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 20, 1961. Cross motion by appellants to extend time to perfect appeal granted; time extended to the March Term, beginning February 27, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ LEON D. DE MATTEIS & SONS, INC., Respondent, v. EDWARD C. IANNACE, Doing Business as CARL CONSTRUCTION COMPANY, Appellant.— Motion by appellant for a stay of all proceedings to enforce the order appealed from, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ In the Matter of RAYMOND L. WILKES, on Behalf of JOHN W. HOLLAND, Petitioner, v. COUNTY COURT OF THE COUNTY OF NASSAU et al., Respondents.— Application by petitioner's attorney, on behalf of the petitioner, pursuant to article 78 of the Civil Practice Act, for an order to prohibit and restrain respondents from proceeding with the hearing of petitioner's pending coram nobis application before any Judge of the County Court, Nassau County; and directing respondents to have the issues on such coram nobis application tried before a jury. Application for order of prohibition and mandamus, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.